UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, <br><br> Defendant. | No. 1:14-CV-2705 |

**AMERICAN BOARD OF MEDICAL SPECIALTIES'
<u>RENEWED MOTION TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant American Board of Medical Specialties ("ABMS") respectfully moves to dismiss with prejudice the Complaint filed by plaintiff Association of American Physicians & Surgeons ("AAPS") for failure to state a claim upon which relief can be granted. The grounds for this motion are as follows:

1. Count I alleges a violation of § 1 of the Sherman Act, 15 U.S.C. § 1. This Count should be dismissed for two independent reasons: (1) Plaintiff has alleged no facts that, if proven, would establish an unlawful restraint of trade; and (2) any harm to plaintiff or its members alleged in the Complaint is, accepting as true the allegations of the Complaint, the result of independent decisions by hospitals or other entities and does not constitute antitrust injury under the Sherman Act.

2. Count II alleges negligent misrepresentation in violation of unspecified state tort law. If Count I is dismissed for failure to state a claim, this Court should decline to exercise supplemental jurisdiction over Count II under 28 U.S.C. § 1367(c)(3). Alternatively, Count II

should be dismissed on the merits for two reasons: (1) Plaintiff has alleged no facts that, if proven, would establish any misrepresentation at all; and (2) plaintiff did not, and cannot, allege that it relied on any alleged misrepresentation.

The grounds for dismissal are further elaborated in the accompanying brief.

Respectfully submitted,

/s/ Jack R. Bierig
Jack R. Bierig
Steven J. Horowitz
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 (Fax)
jbierig@sidley.com
shorowitz@sidley.com

*Attorneys for Defendant American Board of Medical Specialties*

Dated: May 5, 2014