UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Association of American Physicians & Surgeons, Inc.

          Plaintiff,

v.              Case No.: 1:14−cv−02705
              Honorable Andrea R. Wood

American Board of Medical Specialties

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2014:

  MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held on Defendant American Board of Medical Specialties' motion to withdraw the appearances of Arnold Calmann and Jakob Halpern [33]. The motion is granted. The appearances of Arnold Calmann and Jakob Halpern as counsel for Defendant are hereby withdrawn. Motion hearing held on Defendant's renewed motion to dismiss [30]. Plaintiff shall respond to Defendant's motion to dismiss by 6/2/2014; Defendant shall reply by 6/18/2014. Ruling by mail. Status hearing set for 8/5/2014 at 9:00 a.m. Discovery is stayed pending resolution of Defendant's motion to dismiss. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.