## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Association of American Physicians & Surgeons,
Inc.

                                             Plaintiff,

v.                                       Case No.: 1:14–cv–02705

                                           Honorable Andrea R.
Wood

American Board of Medical Specialties

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 30, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the Memorandum Opinion to follow, Defendant's renewed motion to dismiss [30] is granted. The two counts of the complaint are dismissed without prejudice. Plaintiff is granted leave to file an amended complaint that attempts to cure the pleading deficiencies discussed in the opinion, if it can do so, by 11/6/2017. If Plaintiff declines to file an amended complaint by 11/6/2017, the complaint will be dismissed with prejudice and the Court will enter Judgment in favor of Defendant. Status hearing set for 11/15/2017 at 9:00 AM. Mailed notice(aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.