UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, <br><br> Defendant. | No. 1:14-CV-2705 |

**AMERICAN BOARD OF MEDICAL SPECIALTIES'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND, IN THE
ALTERNATIVE, TO STRIKE PLAINTIFFS' CLASS ACTION ALLEGATIONS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant American Board of Medical Specialties ("ABMS") respectfully moves to dismiss with prejudice the Amended Complaint (Dkt. 49) filed by plaintiff Association of American Physicians & Surgeons ("AAPS") for failure to state a claim upon which relief can be granted.

In the alternative, pursuant to Fed. R. Civ. P. 12(f), ABMS respectfully moves to strike AAPS's class action allegations (Dkt. 49 at ¶¶ 72–78) because AAPS is not a member of the purported class it seeks to represent.

The grounds for this motion are set forth in the accompanying brief.

| | |
|---|---|
| March 6, 2018 | Respectfully submitted,<br><br>/s/ Jack R. Bierig<br>Jack R. Bierig<br>Steven J. Horowitz<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (Fax)<br>jbierig@sidley.com<br>shorowitz@sidley.com<br><br>*Attorneys for Defendant American Board of Medical Specialties* |