# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# GENERAL ORDER 19-0025

Pursuant that to the Executive Committee Order entered on August 9, 2019 the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Martha M. Pacold; therefore

IT IS HEREBY ORDERED that the attached list of 342 cases be reassigned to the Honorable Martha M. Pacold; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Martha M. Pacold's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Martha M. Pacold to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Martha M. Pacold to the Court's criminal case assignment system thirty days from the entry of this Order so that she shall receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 23rd day of August, 2019

## Civil Cases Reassigned to Judge Pacold from Judge Alonso

| | |
|---|---|
| 1:15-cv-10791 | Tolbert v. Gurski |
| 1:15-cv-11746 | Miller v. Lake County Jail et al |
| 1:16-cv-10015 | Powell v. Pfister |
| 1:17-cv-01279 | Murillo v. United States of America |
| 1:17-cv-05763 | Laborers' Pension Fund et al v. SCG Maintenance Inc. |
| 1:17-cv-07505 | Price v. Lyons |
| 1:18-cv-01649 | Barnes v. Tatonchi |
| 1:18-cv-02699 | Barnes v. Cook County Juvenile Temporary Detention Center |
| 1:18-cv-04364 | Mallory v. Rush University Medical Center |
| 1:18-cv-05195 | Flores v. Saul |
| 1:18-cv-06242 | Wells v. Chicago Board of Education et al |
| 1:18-cv-07036 | Teamsters Local Union No. 727 Health & Welfare Fund et al v. Cremation Society of Illinois, Inc. et al |
| 1:18-cv-08380 | Fisher v. Village of Bellwood, The et al |
| 1:19-cv-01683 | Waston v. Reliance Standard Life Insurance Company |
| 1:19-cv-02591 | Daniel v. Dart et al |
| 1:19-cv-04549 | Management Technology Development Group, Inc. v. The Nielsen Company (US), LLC |

## Civil Cases Reassigned to Judge Pacold from Judge Blakey

| | |
|---|---|
| 1:16-cv-01086 | Gavin/Solmonese LLC v. Kunkel |
| 1:16-cv-07660 | Richter v. Pfister |
| 1:17-cv-05275 | Wilkerson v. Watson |
| 1:17-cv-06815 | Equal Employment Opportunity Commission et al v. Rosebud Restaurants, Inc. |
| 1:18-cv-00608 | Simenson v. Joliet et al |
| 1:18-cv-02332 | Walker v. Obaisi et al |
| | 1:18-cv-07254 Walker v. Obaisi |
| 1:18-cv-04653 | Domingo v. Wooden et al |
| 1:18-cv-05108 | Davis v. The City of Elgin et al |
| 1:18-cv-06747 | Dubrovay v. The Wirbicki Law Group, LLC et al |
| 1:18-cv-07524 | George v. Monterrey Security Consultants et al |
| 1:18-cv-08385 | Mandel v. SEIU Local 73 et al |
| 1:19-cv-01205 | Von Ribbeck v. Negroni |
| 1:19-cv-02513 | AL Media, LLC et al v. Williams |
| 1:19-cv-03601 | Foote v. Cook County Department of Corrections et al |
| 1:19-cv-04258 | Strike 3 Holdings, LLC v. Doe |
| 1:19-cv-04893 | Plitek L.L.C. v. MBM Sas |

## Civil Cases Reassigned to Judge Pacold from Judge Bucklo

| | |
|---|---|
| 1:16-cv-08402 | Ortega et al v. United States of America et al |
| 1:16-cv-10305 | Barker v. Obaisi et al |
| 1:17-cv-04357 | Toy v. Beckway et al |
| 1:17-cv-07135 | Carr v. Cook County et al |
| 1:18-cv-02679 | Mays v. Pfister et al |

| | |
|---|---|
| 1:18-cv-03467 | Angus et al v. Harsy et al |
| 1:18-cv-05925 | Ercoli v. Target Corporation et al |
| 1:18-cv-06524 | Nanduri v. Gogo Inc. et al |
| 1:18-cv-06547 | Hutsenpiller v. Small et al |
| 1:18-cv-08431 | Wierzbicki v. United Airlines |
| 1:18-cv-08351 | McNichol v. Aurora Bank, FSB et al |
| 1:19-cv-01858 | Reyna v. Kyle |
| 1:19-cv-02323 | Arch Specialty Insurance Company v. Koch Foods Inc. |
| 1:19-cv-03005 | Saracco v. FedEx Corporate Services, Inc. |
| 1:19-cv-03134 | Hendricks v. Bailey Trucking, Inc. et al |
| 1:19-cv-04114 | Laborers' Pension Fund et al v. Abari Construction, Inc. |
| 1:19-cv-04621 | R Midwest, Inc. et al v. Shell Oil Products US et al |

## Civil Cases Reassigned to Judge Pacold from Judge Castillo

| | |
|---|---|
| 1:17-cv-06949 | Serio v. Williams |
| 1:18-cv-03792 | Griffin et al v. Cook County et al |
| 1:18-cv-07468 | Cora v. Tootsie Roll Mfg, LLC et al |
| 1:19-cv-01321 | Pittsfield Development LLC et al v. Lynd |
| 1:19-cv-02945 | Bashiru v. Radius Global Solutions LLC |
| 1:19-cv-03606 | Mitchell v. Anderson et al |
| 1:19-cv-04430 | Vaughn v. Washington National Insurance Company |
| 1:19-cv-04988 | Gilbert v. I.C. System, Inc. |

## Civil Cases Reassigned to Judge Pacold from Judge Chang

| | |
|---|---|
| 1:11-cv-00183 | Lee v. Williams, et al |
| 1:16-cv-08855 | Ford v. Mateo |
| 1:16-cv-08691 | Dunn v. Chicago Transit Authority |
| 1:17-cv-06051 | Duarte v. Convergent Outsourcing, Inc. et al |
| 1:17-cv-06636 | Kelley et al v. BT Bourbonnais, LLC et al |
| 1:18-cv-02338 | Citadel Enterprise Americas LLC et al v. Citadel Capital et al |
| 1:18-cv-01449 | Tyler v. Pfister |
| 1:18-cv-05127 | McNairy v. Chicago |
| 1:18-cv-05010 | Silver Betty, Inc. v. Technology Training Systems, Inc. et al |
| 1:18-cv-06964 | Turner Tennenbaum v. Great Northern Insurance Company et al |
| 1:18-cv-08450 | Smylie v. Berwyn North School D. 98 |
| 1:19-cv-01436 | Richardson v. Franciscan Outreach Association et al |
| 1:19-cv-02743 | Gross et al v. Chapman et al |
| 1:19-cv-03148 | Klein v. Arora et al |
| |    1:19-cv-01323 West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc. et al |
| |    1:19-cv-04881 Opperman v. Conagra Brands, Inc. et al |
| |    1:19-cv-05299 Dahl v. Conagra Brands, Inc. et al |
| 1:19-cv-04432 | The Maya Group, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:19-cv-05028 | Roor International BV et al v. Smoke & Vape et al |

**Civil Cases Reassigned to Judge Pacold from Judge Coleman**

| | |
|---|---|
| 1:16-cv-03529 | Medline Industries, Inc. v. C.R. Bard, Inc. |
| 1:16-cv-06741 | Johnson v. Butler |
| 1:17-cv-03015 | The Segerdahl Corp. v. Ferruzza et al |
| 1:17-cv-03595 | RTC Industries, Inc. v. Fasteners for Retail, Inc. |
| 1:17-cv-08067 | Gress v. Regional Transportation Authority et al |
| 1:17-cv-08563 | Sanders v. Cangiolos et al |
| 1:18-cv-02121 | Canada v. Hall et al |
| 1:18-cv-02830 | Guerino v. Lerette et al |
| 1:18-cv-05260 | Mleziva v. GlaxoSmithKline LLC |
| 1:18-cv-06757 | Roe v. Nano Gas Technologies, Inc. |
| 1:19-cv-00103 | Patel v. Om Gayatri, Inc. et al |
| 1:19-cv-02033 | Murphy v. Dart et al |
| 1:19-cv-03274 | Tribble v. Stateville NRC et al |
| 1:19-cv-03697 | Strike 3 Holdings, LLC v. Doe subscriber assigned IP address 24.13.187.12 |
| 1:19-cv-04412 | NBA Properties, Inc. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:19-cv-05084 | Knowles v. Shinola/Detroit, LLC |

**Civil Cases Reassigned to Judge Pacold from Judge Dow**

| | |
|---|---|
| 1:10-cv-01522 | Hernandez v. Cottrell, Inc. |
| 1:11-cv-05226 | Langer v. Board Of Education of The City Of Chicago |
| 1:14-cv-07583 | Rotter v. Elk Grove Village et al |
| 1:14-cv-08708 | Van et al v. Ford Motor Company |
| | 1:18-cv-04018  Faron v. Ford Motor Company |
| | 1:19-cv-03827  Campbell v. Ford Motor Company |
| 1:16-cv-05871 | Rogers v. City Of Harvey et al |
| 1:16-cv-08610 | Lee v. Hanjin Intermodal America, Inc. et al |
| 1:17-cv-02937 | VYSE Gelatin Company v. Hicks et al |
| 1:17-cv-07802 | Bidirel v. UPS Inc. et al |
| 1:18-cv-01577 | Chandler v. Ulta Beauty, Inc. et al |
| | 1:18-cv-03606   Sbriglio v. Philippin et al |
| | 1:18-cv-04137   Zamarin v. Dillon et al |
| 1:18-cv-03733 | Brinson v. Eagle Express Lines, Inc., |
| 1:18-cv-05317 | Amerisure Mutual Insurance Company v. Ace American Insurance Company et al |
| 1:18-cv-08508 | Sharifeh et al v. Fox Jr. |
| 1:19-cv-01218 | Ghebari v. National Gas and Electric, LLC et al |
| 1:19-cv-02122 | Calusinski v. Austin et al |
| 1:19-cv-03048 | Equity Trust Company Custodian v. Windwrap, LLC |
| 1:19-cv-03746 | Johnson v. Midland Funding LLC et al |

## Civil Cases Reassigned to Judge Pacold from Judge Durkin

| | |
|---|---|
| 1:14-cv-07417 | Peerless Network, Inc. et al v. MCI Communications Services, Inc. et al |
| 1:15-cv-06433 | Salerno v. County Employees' and Officers' Annuity and Benefit Fund of Cook County et al |
| 1:15-cv-06436 | Budlove v. The County Employees' and Officers' Annuity and Benefit Fund of Cook County et al |
| 1:16-cv-07668 | Baker v. Obasi et al |
| 1:17-cv-00808 | Gnutek v. Illinois Gaming Board et al |
| 1:17-cv-05767 | Local 727 Teamsters Local Union No. 727 Pension Fund et al v. Mid-City Parking |
| 1:17-cv-06882 | Monco v. Zoltek Corporation et al |
| 1:18-cv-00858 | Gomez v. Focal Point LLC |
| 1:18-cv-01873 | Berkenhoff GmbH v. Opec Engineering Co., Ltd. et al |
| 1:18-cv-05215 | Brown v. Melvin |
| 1:18-cv-05896 | Las Cola v. SSC Westchester Operating Company LLC |
| 1:18-cv-07525 | CouponCabin, Inc. v. PriceTrace, LLC |
| 1:19-cv-00509 | Hennigan v. Capital One Auto Finance, Inc. |
| 1:19-cv-01985 | Chao Seminars, Inc. v. Power Dental U.S.A. Inc. |
| 1:19-cv-03520 | Du Four et al v. City of Crete et al |
| 1:19-cv-04085 | Miscellaneous Warehousemen's Local 781 Health & Welfare Fund v. Ashland Cold Storage Co. |
| 1:19-cv-04920 | Dickens v. Tek-Collect Incorporated |

## Civil Cases Reassigned to Judge Pacold from Judge Ellis

| | |
|---|---|
| 1:15-cv-10564 | Sailsbery v. Village of Sauk Village et al |
| 1:16-cv-09639 | Allstate Insurance Company et al v. Electrolux Home Products, Inc |
| 1:19-cv-03304 | Allstate Insurance Company v. Electrolux Home Products, Inc. |
| 1:17-cv-03042 | Zavala v. Damon et al |
| 1:17-cv-05991 | Falcon et al v. City of Chicago, et al |
| 1:17-cv-07876 | Rucker v. Kallman et al |
| 1:18-cv-00509 | Nachampassack v. Illinois State Toll Highway Authority |
| 1:18-cv-02578 | Gordon v. Brennan |
| 1:18-cv-03563 | Edwards v. Avlon Industries Inc |
| 1:18-cv-05594 | Jibson v. Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA |
| 1:18-cv-06169 | Kolesnikova v. Village of Vernon Hills et al |
| 1:18-cv-07201 | Juul Labs, Inc. v. Vapor 4 Life Holdings, Inc. |
| 1:18-cv-07700 | Brown v. Magnum Transportation, Inc |
| 1:19-cv-02543 | Bobrowicz v. Viskase Companies, Inc. |
| 1:19-cv-03327 | Wilbourn v. Chicago et al |
| 1:19-cv-04011 | Barlow v. Dorethy et al |
| 1:19-cv-04798 | Hernandez v. Saul |

## Civil Cases Reassigned to Judge Pacold from Judge Feinerman

| | |
|---|---|
| 1:14-cv-06480 | Richter v. Obaisi |
| 1:17-cv-02552 | Brand v. Murawski et al |
| 1:17-cv-04451 | Mohr v. WeatherTech |
| 1:18-cv-00528 | Spencer v. Village of Arlington Heights et al |

| | |
|---|---|
| 1:18-cv-01053 | Styles v. Cassidy et al |
| 1:18-cv-04995 | Brubaker v. Hartford Life & Accident Insurance Company |
| 1:18-cv-05377 | Waters v. City of Joliet et al |
| 1:18-cv-07213 | Wilbourn v. Health Consultants Incorporated |
| 1:18-cv-07552 | Wooding v. Northerwester Memorial Healthcare Corporation et al |
| 1:19-cv-00395 | Robinson et al v. Chicago State University et al |
| 1:19-cv-00778 | Auto Logistics of Atlanta, Inc. et al v. Auto Driveaway Richmond, LLC |
| 1:19-cv-02028 | Spiezer v. Dickler, Kahn, Slowikowski and Zavell, Ltd et al |
| 1:19-cv-02192 | Aguirre v. Allied Waste Transportation, Inc. |
| 1:19-cv-03040 | Stokes v. University Club Of Chicago et al |
| 1:19-cv-03856 | Doe v. Wolcott Diversey Condominium Association et al |
| 1:19-cv-04789 | Monteleone v. Village of Carpentersville |

## Civil Cases Reassigned to Judge Pacold from Judge Gettleman

| | |
|---|---|
| 1:13-cv-09328 | Donado v. Randle et al |
| 1:17-cv-00212 | Frison v. Obassi et al |
| 1:17-cv-01542 | Friends for Health: Supporting The North Shore Health Center et al v. PayPal, Inc. et al |
| 1:17-cv-08661 | De La Cruz v. Metro Link IL, LLC |
| 1:17-cv-08696 | Fulton v. Foley et al |
| 1:18-cv-00998 | Coleman v. City of Chicago et al |
| 1:18-cv-02880 | Chatman et al v. Dibiase et al |
| 1:18-cv-03231 | Arteaga v. Hammers et al |
| 1:18-cv-05590 | Baskin v. Ross et al |
| 1:18-cv-06054 | Palmer v. City of Chicago et al |
| 1:18-cv-07217 | Fromageries Bel S.A. et al v. Emmi Roth USA, Inc. |
| 1:18-cv-07627 | Niemeyer v. Village of Hinsdale |
| 1:19-cv-00616 | TCF Inventory Finance, Inc. v. American River RV, Inc. et al |
| 1:19-cv-01761 | Taylor v. Lawrence |
| 1:19-cv-02749 | Williams v. Village of Bensenville et al |
| 1:19-cv-03672 | Buccini v. WalMart |
| 1:19-cv-04596 | Ramirez vs. G4S Security Solutions (USA), Inc. |

## Civil Cases Reassigned to Judge Pacold from Judge Gottschall

| | |
|---|---|
| 1:10-cv-01707 | Jacks et al v. DirectSat USA, LLC. et al |
| 1:16-cv-04837 | Dilworth v. SmartPay Leasing, Inc. |
| 1:17-cv-01099 | Brent-Bell v. City of Chicago et al |
| 1:17-cv-09254 | Bodo et al v. McAleenan et al |
| 1:18-cv-00888 | Sanchez v. Car Outlet AC, LLC et al |
| 1:18-cv-07151 | Rice v. National Beverage Corporation d/b/a LaCroix Sparkling Waters |

### Civil Cases Reassigned to Judge Pacold from Judge Guzman

| | |
|---|---|
| 1:18-cv-04328 | Maenza v. UChicago Argonne LLC |
| 1:19-cv-00471 | Castro et al v. Dart et al |
| 1:18-cv-06229 | Cincinnati Insurance Co. v. Marino et al |
| 1:18-cv-07818 | Johnson et al v. Weltman, Weinberg & Reis Co., L.P.A. et al |
| 1:19-cv-01276 | Gryga v. Henkles & McCoy Group, Inc. et al |
| 1:19-cv-02247 | Calhan v. Menard, Incorporated |
| 1:19-cv-03401 | Central Pension Fund of the International Union of Operating Engineers and Participating Employers et al v. Mercantile Property Management Group, LLC |
| 1:19-cv-04186 | Hui v. Grand Sheraton Chicago |

### Civil Cases Reassigned to Judge Pacold from Judge Kendall

| | |
|---|---|
| 1:13-cv-03334 | Abdullah v. Harrington et al |
| 1:16-cv-11571 | Clay Financial, LLC, et al. v. Mandell et al |
| 1:17-cv-05131 | Cosby v. Kristel Display Solutions |
| 1:17-cv-08841 | Florence Mussat, M.D., S.C v. IQVIA Holdings, Inc. et al |
| 1:18-cv-01049 | Ezell v. City Of Chicago et al |
| 1:18-cv-03734 | Garcia v. Dart et al |
| 1:18-cv-04885 | Trustees of The Glaziers, Architectural Metal And Glass Workers Local Union No. 27 Welfare And Pension Funds v. Metro Glass & Mirror, Inc. et al |
| 1:18-cv-06479 | Duron v. Loews COH Operating Company, LLC et al |
| 1:18-cv-06970 | Sage Vertical Gardens v. Moerings U.S.A. |
| 1:19-cv-00348 | Shlifka v. Cook County et al |
| 1:19-cv-00690 | Falco v. City Of Blue Island et al |
| 1:19-cv-01803 | Smith v. Life Insurance Company of North America |
| 1:19-cv-01965 | Trejo v. 5 Rabbit Cerveceria, Inc |
| 1:19-cv-02866 | Avila v. Social Security Administration et al |
| 1:19-cv-03776 | Ankarlo et al v. City of Chicago Heights |
| 1:19-cv-04565 | Hangzhou Aoshuang E-Commerce Co., Ltd v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |

### Civil Cases Reassigned to Judge Pacold from Judge Kennelly

| | |
|---|---|
| 1:16-cv-07331 | Hudgins et al v. Total Quality Logistics, LLC |
| 1:17-cv-00219 | Wert et al v. Cohn et al |
| 1:17-cv-07194 | Walker v. Seterus, Inc. |
| 1:17-cv-08508 | Burton v. Chicago Transit Authority et al |
| 1:18-cv-01723 | Levin et al v. Abramson |
| 1:18-cv-02327 | Jones v. Pfiester et al |
| 1:18-cv-05283 | Ray v. City of Chicago et al |
| 1:18-cv-05502 | Dixon v. United States of America |
| 1:18-cv-07018 | Cornejo v. Amcor Rigid Plastics USA, LLC |
| 1:18-cv-07132 | Galgano et al v. Foremost Insurance Company Grand Rapids |
| 1:19-cv-00170 | Pipe Fitters' Retirement Fund, Local 597 et al v. Carrier Corporation |
| 1:19-cv-02430 | Dickerson v. Stateville/NRC et al |

| | |
|---|---|
| 1:19-cv-02972 | Custom Building Products, LLC v. National Union Fire Insurance Company of Pittsburgh, Pa. |
| 1:19-cv-03894 | Houston v. Nickolson et al |
| 1:19-cv-04531 | Tunk v. Saul |
| 1:19-cv-05048 | Rothschild Patent Imaging LLC v. Monument Labs, Inc. |

## Civil Cases Reassigned to Judge Pacold from Judge Kocoras

| | |
|---|---|
| 1:16-cv-04557 | Perry v. Starks et al |
| 1:16-cv-08044 | Illinois Central Railroad Company v. Kinder Morgan LiquidsTerminals LLC |
| 1:18-cv-00979 | Griffin v. Demark, Inc. |
| 1:18-cv-02381 | Absolute Machine Tools, Inc. v. GKN Aerospace, Chem-Tronics, Inc. |
| 1:18-cv-05684 | TCF Inventory Finance, Inc. v. MBPS, Inc. et al |
| 1:18-cv-05843 | Teamsters Local Union No. 705 v. Central Contractors Service, Inc. |
| 1:18-cv-07424 | Cocroft v. Lashbrook |
| 1:18-cv-07585 | Brown v. Walgreens Boots Alliance, Inc. |
| 1:19-cv-00372 | Wrather v. North Chicago Community Unit School District No. 187 |
| 1:19-cv-00723 | Lawson v. Allstate Insurance Company |
| 1:19-cv-01938 | Durant v. Green Advocacy Partners, LLC |
| 1:19-cv-02237 | Bolden v. Barilla America, Inc. |
| 1:19-cv-03115 | Johnson v. Johnson & Johnson et al |
| 1:19-cv-03054 | Washington v. The Kroger Co. |
| 1:19-cv-03989 | Lydon v. Fillmore Hospitality, LLC et al |
| 1:19-cv-04926 | Pflugradt v. Midland Credit Management Inc. |

## Civil Cases Reassigned to Judge Pacold from Judge Lee

| | |
|---|---|
| 1:15-cv-09882 | Elward et al v. Electrolux Home Products, Inc. |
| 1:16-cv-05780 | Johnson v. Bailey et al |
| 1:17-cv-02790 | Lewis v. Dart et al |
| 1:17-cv-04171 | Folkerts et al v. Seterus, Inc. |
| 1:18-cv-00175 | Uptown Service Station, Inc. v. Arch Insurance Company et al |
| 1:18-cv-00667 | Lewis v. Cermak Health Services et al |
| 1:18-cv-02952 | Prince v. Kato et al |
| 1:18-cv-02909 | Douglas Nash, III v. Sgt. Jack McCasland et al |
| 1:18-cv-05086 | Facey v. Student Loan Solutions LLC et al |
| 1:18-cv-07008 | Cantrell v. Cook County et al |
| 1:19-cv-00100 | Gilberto Zambrano v. Red Dot Storage et al |
| 1:19-cv-01614 | Lazarou et al v. American Board of Psychiatry and Neurology |
| 1:19-cv-02851 | Colbert v. Hammers |
| 1:19-cv-04497 | Hunter v. Chen |
| 1:19-cv-04420 | KONTROLFREEK, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:19-cv-05089 | Rios v. Allied Interstate, LLC |

8

## Civil Cases Reassigned to Judge Pacold from Judge Lefkow

| | |
|---|---|
| 1:15-cv-02180 | Laborers' Pension Fund et al v. Durable Paving Co. |
| 1:15-cv-11362 | SRAM, LLC v. Race Face Performance Products |
| | 1:16-cv-05262   SRAM, LLC v. Race Face Performance Products et al |
| 1:17-cv-07210 | Wiley v. City Of Chicago et al |
| 1:18-cv-04136 | Manor Homes of Chatham Condominium Association v. Nationwide Property and Casualty Insurance Company |
| 1:18-cv-07537 | Chew v. MoneyGram International, Inc. et al |
| 1:19-cv-00649 | Ewing v. Wilkie |
| 1:19-cv-02378 | Krepelka v. Equifax Information Services, LLC |
| 1:19-cv-03300 | He v. Midwest Orthopaedics at Rush, LLC |

## Civil Cases Reassigned to Judge Pacold from Judge Leinenweber

| | |
|---|---|
| 1:16-cv-06094 | The Chamberlain Group, Inc. v. Techtronic Industries Co. Ltd. et al |
| 1:16-cv-09519 | Moreno et al v. DEV Medical Associates S.C |
| 1:17-cv-05890 | Gomez v. AFNI, Inc. |
| 1:18-cv-02475 | Hannon v. City of Prospect Heights et al |
| 1:18-cv-06341 | Earls v. Chicago Municipal Employees Credit Union et al |
| 1:18-cv-08202 | Steffan v. Cook County Sheriff |
| 1:19-cv-02607 | Beckett v. Ally Financial Inc. et al |
| 1:19-cv-04486 | Corral v. Aerovias de Mexico, S.A. de C.V. |

## Civil Cases Reassigned to Judge Pacold from Judge Norgle

| | |
|---|---|
| 1:16-cv-10197 | Reid v. State of Illinois Department of Juvenile Justice |
| 1:17-cv-05815 | Midwest Operating Engineers Welfare Fund et al v. R&W Clark Construction, Inc., an Illinois Corporation |
| 1:17-cv-04050 | Mac Naughton v. Asher Ventures, LLC.  et al |
| 1:17-cv-09298 | Larkin v. Board of Education of the City of Chicago |
| 1:17-cv-08795 | Conceiveabilities v. Avila-Lee et al |
| 1:17-cv-09224 | Securities And Exchange Commission v. Davis et al |
| 1:18-cv-02690 | Kulpaka v. Target Stores |
| 1:18-cv-04720 | Morris v. Jones |
| 1:18-cv-06575 | Shorter v. City of Chicago Department of Water |
| 1:18-cv-07915 | Wheeler Financial Inc v. JP Morgan Chase Bank, N.A. et al |
| | 1:19-cv-01232    Wheeler Financial Inc v. JPMorgan Chase Bank NA; et al |
| | 1:19-cv-01233    Wheeler Financial Inc. v. JPMorgan Chase Bank, N.A. et al |
| 1:19-cv-00522 | Brock v. Varga et al |
| 1:19-cv-01674 | Chopper Trading LLC v. Allston Trading, LLC |
| 1:19-cv-02680 | Fields v. County of Cook et al. |
| 1:19-cv-03649 | Brown v. Miles |
| 1:19-cv-04365 | Calvin Klein Trademark Trust et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:19-cv-05158 | Matthews v. Saul |

9

## Civil Cases Reassigned to Judge Pacold from Judge Pallmeyer

| | |
|---|---|
| 1:09-cv-00115 | Grede v. IFX Markets, Inc et al |
| | 1:09-cv-00101 Grede v. Penson Financial Futures, Inc. et al |
| 1:17-cv-00007 | Bojszuk v. Lake County Sheriff Department et al |
| 1:16-cv-07515 | Green v. Obaisi et al |
| 1:17-cv-04025 | Ali v. Khan |
| 1:17-cv-05672 | Beaulieu v. Cigna HealthSpring |
| 1:17-cv-08802 | Lewis v. Cook County Bureau of Human Resources |
| 1:17-cv-09259 | Leonard v. Shulkin, et al |
| 1:18-cv-02354 | TY INC. v. Target Corporation et al |
| 1:18-cv-02865 | Johnson v. Edminiat Holdings et al |
| 1:18-cv-06650 | Horlbeck v. Tillman Enterprises, LLC |
| 1:18-cv-06952 | Traylor v. Kim et al |
| | 1:18-cv-07820    Traylor v. Budde |
| 1:18-cv-07839 | Thomas et al v. Tesla, Inc. |
| 1:19-cv-00891 | Stewart v. Miles |
| 1:19-cv-01828 | Araiza v. Cook County Department of Corrections et al |
| 1:19-cv-03502 | Power Wellness Management, LLC v. 440 Fitness LLC, et al |
| 1:19-cv-04239 | Hamilton v. Franklin Park Public Library |

## Civil Cases Reassigned to Judge Pacold from Judge Shah

| | |
|---|---|
| 1:15-cv-00268 | Castillo v. Dart et al |
| 1:16-cv-08074 | Khan v. One West Bank F.S.B et al |
| 1:16-cv-11328 | Manzanares v. United States of America et al |
| 1:17-cv-05272 | Lewis v. Wexford Health Sources Inc. et al |
| 1:17-cv-07092 | Williams v. East-West University |
| 1:18-cv-01786 | Tyler v. Saldivar et al |
| 1:18-cv-02867 | Hollingsworth v. Dart et al |
| 1:18-cv-04931 | Glickman v. Village of Morton Grove et al |
| 1:18-cv-05642 | Catalina Holdings (Bermuda) Limited v. Jennifer Hammer, Director of Insurance of the State of Illinois, as Liquidator of Legion Indemnity Company |
| 1:18-cv-06896 | Signature Transportation Group, LLC et al v. Jacobs et al |
| 1:18-cv-07563 | Miles-Cacella et al v. International Fellowship of Christians and Jews |
| 1:19-cv-00135 | Singer v. City Of Chicago et al |
| 1:19-cv-00660 | Learning Resources, Inc. v. Playgo Toys Enterprises Ltd. et al |
| 1:19-cv-01660 | American Highway, Inc. v. The Travelers Companies, Inc. |
| 1:19-cv-02916 | Cooper v. Salazar et al |
| 1:19-cv-03810 | Songo v. Societe Air France Corporation |

## Civil Cases Reassigned to Judge Pacold from Judge Tharp

| | |
|---|---|
| 1:15-cv-10109 | Thakkar v. Ocwen Loan Servicing, LLC et al |
| 1:15-cv-11700 | Wilson v. Nouvag USA, Inc. et al |
| 1:16-cv-10838 | Turbo-Mex Frefacciones, Mantenimiento Y Seguridad Industrial, S.A. De C.V. |

| | |
|---|---|
| 1:17-cv-02755 | Mosena v. BNSF Railway Company |
| 1:17-cv-06776 | Blint v. BNSF Railway Company |
| 1:17-cv-06317 | Serna et al v. United States of America et al |
| 1:17-cv-04393 | Gehrke v. Saul |
| 1:18-cv-02576 | Sokolova et al v. United Airlines Inc et al |
| 1:18-cv-02844 | Golston v. Ford Motor Co. |
| 1:18-cv-05118 | Cuellar et al v. City Of Oak Forest et al |
| 1:18-cv-06550 | Rivianna Foods, Inc. v. Jacobson Warehouse Inc. |
| 1:19-cv-00018 | LaSalle St. Securities et al v. Ohio National Life Insurance Company, The et al |
| 1:19-cv-01284 | Scaife v. Ralph Lauren |
| 1:19-cv-02564 | Montano v. Obaisi |
| 1:19-cv-03406 | Jasminrose, LLC et al v. Barnhardt et al |
| 1:19-cv-04281 | Strike 3 Holdings, LLC v. Doe Subscriber |
| 1:19-cv-04822 | Garland v. Saul |

**Civil Cases Reassigned to Judge Pacold from Judge Wood**

| | |
|---|---|
| 1:12-cv-09225 | Johnson v. Perez et al |
| 1:14-cv-02705 | Association of American Physicians & Surgeons, Inc. v. American Board of Medical Specialties |
| 1:14-cv-10462 | Parker v. Melvin |
| 1:15-cv-07928 | Green v. Florez et al |
| 1:16-cv-00889 | Stapleton v. Union Pacific Railroad Company |
| 1:16-cv-09415 | Kormi v. Lee et al |
| 1:16-cv-10595 | Jones v. CBS/WBBM-TV |
| 1:17-cv-01731 | Terrazzino v. Wal-mart Stores Inc |
| 1:17-cv-06246 | Blankenship v. The City of Joliet et al |
| 1:18-cv-00914 | Shiba v. Nielsen |
| 1:18-cv-03595 | Fernandez et al v. Citibank, N.A. |
| 1:18-cv-05606 | Gresham v. Cook County, IL et al |
| 1:18-cv-07916 | Clinical Wound Solutions, LLC v. Northwood, Inc. |
| 1:19-cv-00249 | Klueh et al v. Paul Vallas for All Chicago |
| 1:19-cv-01532 | McGowan v. Camp Agawak, LTD et al |
| 1:19-cv-04604 | Glynn v. Saul |