# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Association of American Physicians & Surgeons, Inc.,

Plaintiff(s),

v.

American Board of Medical Specialties,

Defendant(s).

Case No. 14 C 2705
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant American Board of Medical Specialties and against Plaintiff Association of American Physicians & Surgeons, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion to dismiss.

Date: 9/22/2020                    Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea, Deputy Clerk